IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )          8:08CV489
                                 )
          v.                     )
                                 )
LATVIAN TOWER CONDOMINIUM        )          ORDER
ASSOCIATION, INC. and KARL       )
TEGTMEYER,                       )
                                 )
                Defendants.      )
_____      )

     On the court's own motion,

     IT IS ORDERED:

     The time of the telephone planning conference on May 21,
2009 is changed from 9:00 to **10:00 a.m.**  Plaintiff's counsel
shall place the call.

     DATED this 13th day of May, 2009.

                         BY THE COURT:

                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge