IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV489 |
| | ) | |
| V. | ) | |
| | ) | |
| LATVIAN TOWER | ) | MEMORANDUM AND ORDER |
| CONDOMINIUM ASSOCIATION, | ) | |
| INC., and KARL TEGTMEYER, | ) | |
| | ) | |
| Defendants. | ) | |

The government has filed an unopposed motion for a thirty-day extension of its deadline for disclosing expert witnesses, and seeks an order revising the progression schedule. (Filing No. 21). The motion does not include a proposed modified progression schedule. In support of its motion, the government states it anticipates presenting a settlement proposal to the defendants in the near future. Accordingly,

IT IS ORDERED:

1) The government's motion to continue, (Filing No. 21), is granted, and the government's deadline for disclosing expert witnesses is extended to July 30, 2009.

2) On or before July 30, 2009, the parties shall either file a joint motion for dismissal or statement that this case has been settled, or they shall jointly file a motion setting forth their proposed deadlines for continued progression of this case to trial.

DATED this 22nd day of June, 2009.

BY THE COURT:

S/*Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester