IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV489 |
| | ) | |
| v. | ) | |
| | ) | |
| LATVIAN TOWER CONDOMINIUM ASSOCIATION, INC., and KARL TEGTMEYER, | ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The government's complaint is brought on behalf of James A. Brown and Jeffrey S. Daubman pursuant to Section 812(o) of the Fair Housing Act, 42 U.S.C. § 3612(o), and Section 814(a) of the Fair Housing Act, 42 U.S.C. § 3614(a). The government alleges the defendants violated the Fair Housing Act by interfering with the sale of a condominium unit owned by Brown and Daubman because of the familial status of the potential buyers.

James A. Brown and Jeffrey S. Daubman move to intervene as plaintiffs. (Filing No. 24). The proposed complaint of Brown and Daubman alleges claims for relief based on substantially the same facts as the government's complaint. The motion to intervene states the government supports, and the defendant does not oppose, the motion. The motion will be granted.

IT IS ORDERED:

1) The motion to intervene as plaintiffs filed by James A. Brown and Jeffrey S. Daubman, (filing no. 24), is granted.

2) The intervening plaintiffs shall file their complaint, a copy of which is attached to their motion, on or before August 14, 2009.

DATED this 7th day of August, 2009.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              United States District Judge