IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV489 |
| | ) | |
| and | ) | |
| | ) | |
| JAMES BROWN, and JEFFREY DAUBMEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Plaintiffs/Intervenors | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LATVIAN TOWER CONDOMINIUM ASSOCIATION, INC., and KARL TEGTMEYER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The defendants' unopposed motion, (filing no. 37), is granted, and the defendants shall file their response to the intervenors' complaint on or before September 28, 2009.

2) The defendants' unopposed motion, (filing no. 38), is granted, and the defendants shall file their amended answer to the government's complaint on or before September 28, 2009.

3)   The parties' joint motions to extend, (filing nos. 40 and 41), are granted, and the deadlines for disclosing experts and their reports are continued as follows:

|  |  |
|---|---|
| By the plaintiff/intervening plaintiffs: | October 12, 2009 |
| By the defendants: | November 12, 2009 |
| Plaintiff/intervening plaintiffs' rebuttal expert(s): | November 26, 2009 |

DATED this 28th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge